1  Edward D. Boyack
   Nevada Bar No. 005229
2  **BOYACK ORME & TAYLOR**
   401 N. Buffalo Drive #202
3  Las Vegas, Nevada 89145
   ted@edblaw.net
4  702.562.3415
   702.562.3570 (fax)
5
   Attorney for Defendant/Third-Party Plaintiff
6  ELKHORN COMMUNITY ASSOCIATION

7
                      **UNITED STATES DISTRICT COURT**
8                            **DISTRICT OF NEVADA**

9

10 THE BANK OF NEW YORK MELLON            CASE NO.   2:15-cv-01272-APG-PAL
   FKA THE BANK OF NEW YORK, AS
11 SUCCESSOR TO JPMORGAN CHASE
   BANK, N.A., AS TRUSTEE FOR THE
12 HOLDERS OF THE MLMI SURG TRUST,
   MORTGAGE LOAN ASSET-BACKED
13 CERTIFICATES, SERIES 2005-AB1,          **STIPULATION AND ORDER
                                           REGARDING TRIAL TESTIMONY
14           Plaintiff,                    OF DEFENDANT ELKHORN
                                           COMMUNITY ASSOCIATION**
15 vs.

16 ELKHORN COMMUNITY ASSOCIATION;
   7321 WANDERING STREET TRUST;
17 DOE INDIVIDUALS I-X, inclusive; and
   ROE CORPORATIONS I-X, inclusive,
18
             Defendants.
19 _____

20 ELKHORN COMMUNITY ASSOCIATION,

21           Third-Party Plaintiff,

22 vs.

23 ANGIUS & TERRY COLLECTIONS, LLC;
   DOES I THROUGH X and ROE
24 CORPORATIONS XI THROUGH XX,

25           Third-Party Defendants.

26 _____

27

28

Plaintiff, The Bank of New York Mellon fka the Bank of New York, as successor to JP Morgan Chase Bank, N.A., as Trustee for the Holders of the MLMI Surg Trust, Mortgage Loan Asset-backed Certificates, Series 2005-ABI **(BNY Mellon),** by and through its counsel of record, Christine M. Parvan, Esq. of the law firm of Akerman, LLP; Defendant/Third-Party Plaintiff Elkhorn Community Association, by and through its counsel of record, Christopher B. Anthony, Esq. of the law firm Boyack Orme & Taylor; Third-Party Defendants ATC Assessment Collection Group, LLC, by and through its counsel of record, Michael McKelleb, Esq., of the law firm of Angius & Terry LLP; and Defendant 7321 Wandering Street Trust, by and through its counsel of record, Luis A. Ayon, Esq., of the law firm of Maier Gutierrez Ayon, PLLC, hereby stipulate regarding Trial Testimony of Defendant Elkhorn Community Association, and agree as follows:

1. That a "non-appearance" was taken by Plaintiff on January 12, 2016 when a representative of Defendant, Elkhorn Community Association did not appear for deposition.

2. That the parties hereto agree that they will take no action to preclude the testimony of a NRCP 30(b)(6) deponent from appearing on behalf of Defendant Elkhorn Community Association at trial.

**ORDER**

IT IS ORDERED that Defendant/Third-Party Plaintiff ELKHORN COMMUNITY ASSOCIATION shall not be precluded from presenting trial testimony of its own representative as a result of its non-appearance at the January 12, 2016 deposition set for same.

Dated: February 2, 2016.

_____
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of February, 2016.

MAIER GUTIERREZ AYON

By: /s/Luis A. Ayon
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
400 South Seventh Street, #400
Las Vegas, NV 89101
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
Email: laa@mgalaw.com

*Attorney for Defendant 7321 Wandering Street Trust*

DATED this 2nd day of February, 2016.

BOYACK ORME & TAYLOR

By: /s/Christopher B. Anthony
CHRISTOPHER B. ANTHONY, ESQ.
Nevada Bar No. 009748
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
Telephone: (702) 562-3415
Facsimile: (702) 562-3570
Email: canthony@boyacklaw.com

*Attorney for Defendant/Third-Party Plaintiff Elkhorn Community Association*

AKERMAN LLP

By: /s/ Christine Parvan
CHRISTINE PARVAN, ESQ.
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: christine.parvan@akerman.com

*Attorney for Plaintiff*

ANGIUS & TERRY LLP

By: /s/ Michael McKelleb
MICHAEL MCKELLEB
Nevada Bar No. 012040
1120 N. Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: (702) 990-2017
Facsimile: (702) 990-2018
Email: mmckelleb@angius-terry.com

*Attorney for Third-Party Defendant ATC Assessment Collection Group, LLC*

### ORDER

**IT IS ORDERED** that Defendant/Third-Party Plaintiff ELKHORN COMMUNITY ASSOCIATION shall not be precluded from presenting trial testimony of its own representative as a result of its non-appearance at the January 12, 2016 deposition set for same.

**DATED:** February____, 2016

_____
UNITED STATES DISTRICT JUDGE