MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
          rex.garner@akerman.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF THE MLMI SURF TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AB1,<br><br>                    Plaintiff,<br><br>vs.<br><br>ELKHORN COMMUNITY ASSOCIATION; 7321 WANDERING STREET TRUST; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants. | Case No.:   2:15-cv-01272-APG-PAL<br><br>**NOTICE OF DISASSOCIATION** |

Plaintiff Bank of New York Mellon f/k/a the Bank of New York, as Successor to JPMorgan Chase Bank, N.A., as Trustee for the Holders of the MLMI Surf Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-BC4 (**BNY Mellon**) hereby provides notice Christine Parvan, Esq., is no longer associated with the law firm of Akerman LLP.  **BNY Mellon** requests Ms. Parvan be removed from the CM/ECF service list.

{39334497;1}                                                            1

Akerman LLP will continue to represent **BNY Mellon** and requests Melanie D. Morgan, Esq. and Rex Garner, Esq. receive all future notices.

Respectfully submitted, this 2nd day of September, 2016.

> **AKERMAN LLP**
> /s/ *Melanie D. Morgan, Esq.*
> MELANIE D. MORGAN, ESQ.
> Nevada Bar No. 8215
> REX GARNER, ESQ.
> Nevada Bar No. 9401
> 1160 Town Center Drive, Suite 330
> Las Vegas, Nevada 89144
> *Attorneys for Plaintiff*

**COURT APPROVAL**

IT IS SO ORDERED.

Dated: September 6, 2016.

_____
UNITED STATES DISTRICT JUDGE

{39334497;1}                                          2