Michael McKelleb SBN 12040
ANGIUS & TERRY LLP
1120 N. Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: (702) 990-2017
Facsimile: (702) 990-2018
mmckelleb@angius-terry.com

*Attorneys for Third-Party Defendants*
ATC ASSESSMENT COLLECTION GROUP, LLC, FKA, ANGIUS & TERRY COLLECTIONS, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TO THE BANK OF NEW YORK MELLON., AS TRUSTEE FOR THE HOLDERS OF THE MLMI SURG TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AB1,<br><br>    Plaintiff,<br><br>v.<br><br>ELKHORN COMMUNITY ASSOCIATION; 7321 WANDERING STREET TRUST; DOE INDIVIDUALS I-X; inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants.<br><br>ELKHORN COMMUNITY ASSOCIATION,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>ANGIUS & TERRY COLLECTIONS, LLC; DOES I THROUGH X and ROE CORPORATIONS XI THROUGH XX,<br><br>    Third-Party Defendants, | Case No.  2:15-cv-01272-APG-PAL<br><br>**SUBSTITUTION OF ATTORNEY** |

1  Please take notice that the law firm of Angius & Terry LLP, hereby consents to the
2  substitution of Chris Yergensen, Esq., as the attorney of record for ATC Assessment Collection
3  Group, LLC, in its place and stead in the above-entitled matter.
4  Dated this 2 day of Sept, 2016.

Michael W. McKelleb, Esq.
SBN: 12040
Angius & Terry LLP
1120 N. Town Center Dr., #260
Las Vegas, NV 89144

9  Chris Yergensen, Esq., hereby accepts the above and foregoing substitution as counsel of
10  record in the above-entitled matter in the place and stead of Angius & Terry LLP.
11  Dated this 2nd day of Sept 2016.

Chris Yergensen, Esq.
6224 W. Desert Inn Rd.
Las Vegas, NV 89146
(P) 702-804-8885
(F) 702-804-8887

16  Defendant ATC Assessment Collection Group, LLC, hereby consents to the substitution
17  of Chris Yergensen, Esq., as counsel of record for ATC in the above-entitled matter in the place
18  and stead of Angius & Terry LLP.
19  Dated this 2 day of Sept, 2016.

ATC Assessment Collection Group, LLC

By: _____

Its: _____CEO_____

**ORDER**

*IT IS SO ORDERED.*

Dated: September 6, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE